# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 26, 2010

Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

**Nos**. 09-8046 and 09-8047

SANDRA BERGQUIST,
    *Plaintiff-Respondent*,

**v.**

MANN BRACKEN, LLP, and FIA CARD SERVICES, N.A.,
    *Defendants-Petitioners*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 09 C 5056
Harry D. Leinenweber, *Judge*.

**Order**

The slip opinion of this court issued on January 26, 2010, is amended as follows: Page 2, line 6, change "whether" to "how".